# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of: ) | |
| ) | |
| Sabrina Denae Mulligan, ) | Chapter 7 |
| ) | Case No.: 19-11558-SDB |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **Amended Chapter 7 Individual Debtor's Statement of Intention** upon the following by depositing a copy of same in the United States Mail, addressed as indicated, with adequate postage attached and/or by electronic mail.

United States Trustee
Johnson Square Business Center
2 East Bryan St., Suite 725
Savannah, GA 31401

James C. Overstreet
Chapter 7 Trustee
1229 Augusta West Parkway
Augusta, GA 30909

James. C Overstreet
Chapter 7 Trustee
1229 Augusta West Parkway
Augusta, GA 30909

Todd Boudreaux
Chapter 7 Trustee
7013 Evans Towne Center Blvd
Ste 303
Evans, GA 30809

December 19, 2019

                                                                  s/Angela Williams Seymour
                                                                  _____
                                                                  Angela Williams Seymour
                                                                  Attorney for Debtor
                                                                  Georgia Bar No. 636505

101-B Rossmore Pl
Augusta, GA 30909
(706) 868-1968
courtinfo@seymourbankruptcyfirm.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Sabrina Denae Mulligan | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | SOUTHERN DISTRICT OF GEORGIA | |
| Case number (if known) | 19-11558 | | ☑ Check if this is an amended filing |

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|---|
| Creditor's name: | Nationstar/Mr. Cooper | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | 2009 Hatton Court Augusta, GA 30909  Richmond County Residential real estate Value of property taken from Richmond county tax assessor's website | | |
| Creditor's name: | Nissan Motor Acceptance | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | 2018 Nissan Maxima 10000 miles Location: 1315 Marks Church Road Apt. C10, Augusta GA 30909 | | |
| Creditor's | Nissan Motor Acceptance | ■ Surrender the property. | ☐ No |

Debtor 1   **Sabrina Denae Mulligan**                                    Case number (*if known*)   **19-11558**

Description of leased   **Debtor rejects the contract on the security system.**
Property:

### Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X   **/s/ Sabrina Denae Mulligan**                          X  _____
    **Sabrina Denae Mulligan**                                  Signature of Debtor 2
    Signature of Debtor 1

Date   **December 18, 2019**                                Date