IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
SABRINA MULLIGAN

CHAPTER 7  
CASE NO. 19-11558

Debtor(s)

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 2009 Hatton Court Augusta GA 30909-0000 | $169,900.00 | $0.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2018 Nissan Maxima Mileage: 10000 Other Information: Location: 1315 Marks Church Road Apt. C10, Augusta GA 30909 | $42,500.00 | $1,491.00 | |
| 2018 Nissan Murano Mileage: 18000 Other Information: Location: 1315 Marks Church Road Apt. C10, Augusta GA 30909 | $34,003.00 | $0.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | | | |
| Misc. items of household goods and furnishings Location: 1315 Marks Church Road Apt. C10, Augusta GA 30909 | $2,000.00 | $2,000.00 | |
| TV Stand, Bed Frame, box springs & Mattress Location: 1315 Marks Church Road Apt. C10, Augusta GA 30909 | $2,000.00 | $200.00 | |
| **Electronics** | $500.00 | $500.00 | |
| **Collectibles of value** | | | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| **Clothes** (Includes furs, designer wear, shoes, accessories) | $400.00 | $400.00 | |
| **Jewelry** | $500.00 | $500.00 | |
| **Non-farm animals** | | | |
| **Cash on Hand** | | | |
| **Deposits in banks, etc.** | | | |
| Checking USAA | $138.00 | $138.00 | |
| Savings Navy Federal Credit Union (0 balance) | $0.00 | $0.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| TSP Retirement and/or pension account with current employer | $6,191.63 | $6,191.63 | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance policies** | | | |
| Term life insurance policy with current templover Estate | $0.00 | $0.00 | |
| **Tax refunds** | | | |

Accounts Receivable
Contingent Claims of Every Nature
Office Equipment
Machinery/Equipment
Inventory
Farm or Comm. Fishing Equip./Supplies/Farm animals
Other Personal Property of Any Kind

NOW COMES, James C. Overstreet, Jr., Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: December 18, 2019

_____
James C. Overstreet, Jr., Trustee