**IT IS ORDERED as set forth below:**



**Date: January 29, 2020**

*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Sabrina Denae Mulligan,**<br>    Debtor. | Case No.:  19−11558−SDB<br>Judge:  Susan D. Barrett<br>Chapter:  7 |

## ORDER APPOINTING REAL ESTATE AGENT/BROKER

   The Application of the Trustee for appointment of Ward Realty, LLC as Real Estate Agent/Broker for the Trustee having been considered and it appearing to the Court that the employment of Real Estate Agent/Broker is necessary and beneficial to this estate,

   It further appearing that the Real Estate Agent/Broker has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the Trustee is authorized to employ the services of Ward Realty, LLC as Real Estate Agent/Broker for the Trustee subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Real Estate Agent/Broker will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

***[END OF DOCUMENT]***

B−04e [07−14]